USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-2-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Lin Xian Wu,

            Plaintiff(s),

-against-

United States of America

            Defendant(s).

------------------------------------x

02 CL271-4 (LAP)
16CV4506 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for plaintiff shall inform Judge Preska by letter no later than March 13, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 2, 2020

New York, New York